IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LYNN M. CARY-LAGASSEY,	No. 03:11-CV-395-ST

        Plaintiff,	ORDER

   v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

Lisa R. J. Porter
KP Law LLC
16200 SW Pacific Highway, Suite H-280
Portland, OR 97224

       Attorney for Plaintiff

Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204

Jose R. Hernandez
Social Security Administration
1301 Young Street, Suite A702
Dallas, TX 75202

Richard Rodriguez
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900, M/S 221A
Seattle, WA 98104-7075

              Attorneys for Defendant

HERNANDEZ, District Judge:

      Magistrate Judge Stewart issued a Findings and Recommendation (#27) on July 20, 2012, in which she recommends that this Court reverse and remand the Commissioner's decision for further proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); <u>see also</u> <u>United States v. Bernhardt</u>, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CONCLUSION

The Court adopts Magistrate Judge Stewart's Findings and Recommendation (#27). Accordingly, the Commissioner's final decision is reversed and remanded pursuant to Sentence Four of 42 USC § 405(g) for further proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 13 day of August, 2012.

                                            MARCO A. HERNANDEZ
                                            United States District Judge